IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VISHNU SINGH, A#78-516-767       *
      Petitioner,
    v.                                   *   CIVIL ACTION NO. CCB-05-1146

I.C.E.                                      *
      Respondent.
                                     ******

## **MEMORANDUM**

This 28 U.S.C. § 2241 petition for habeas corpus relief was received for filing on April 27, 2005. Petitioner was, at that time, a Department of Homeland Security, Immigration and Customs Enforcement ("ICE") detainee being held in custody at the Wicomico County Detention Center in Salisbury, Maryland, while awaiting deportation. Petitioner attacked his continued detention under Immigration and Naturalization Act ("INA") § 241, 8 U.S.C. § 1231(a) and the Supreme Court holding in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Paper No. 1; *see also* Paper No. 3. He asked to be released from confinement until such time as his deportation could be effected. Paper No. 1. Respondent has filed a court-ordered response. Paper No. 6. It indicates that on June 3, 2005, petitioner was released from ICE custody under an order of supervision to an address in the Bronx, New York.[1] *Id*., Ex. C. Petitioner's release from custody on immigration parole moots his habeas relief request. *See Picron-Peron v. Rison*, 930 F.2d 773, 775-76 (9th Cir. 1991). Therefore, his petition shall be dismissed.

     A separate Order follows.

  June 9, 2005                                      /s/
      Date                                      Catherine C. Blake
                                            United States District Judge

---

[1] This constitutes Petitioner's second release from immigration custody under an order of supervision. He was previously released by immigration authorities on March 14, 2002. *See Singh v. INS*, CCB-02-657 (D. Md.).